IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT ELLIS LOWERY,
    Petitioner,

v.                             No.  3:05cv303/LAC/MD

JERRY CUMMINGS,
    Respondent.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 22, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in the case of *State of Florida v. Robert Ellis Lowery* in the Circuit Court of Escambia County, Florida, case no. 93-1818 is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 17th day of July, 2006.

                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**