## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ROBERT ELLIS LOWERY,**
    Petitioner,

v.             Case No.   3:05cv303/LAC/MD

**JERRY CUMMINGS,**
    Respondent.

_____

## ORDER

This cause is before the court on petitioner's notice of appeal (doc. 34), construed as a motion for certificate of appealability (doc. 35).

Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's July 17, 2006 Order (doc. 32) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on June 22, 2006 (doc. 28), a certificate of appealability should be denied.

Accordingly, it is ORDERED:

Petitioner's motion for certificate of appealability is DENIED, and no certificate shall issue.

DONE AND ORDERED this 14th day of August, 2006.

                                         *s/L.A. Collier*
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**